**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Alex Borrego<br>    Rosa Borrego<br>        Debtor(s) | Case No. 13-31546 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/07/2013.

2) The plan was confirmed on 10/16/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/29/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 03/02/2016.

6) Number of months from filing to last payment: 25.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $5,662.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $5,662.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,916.55 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $240.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,157.18

Attorney fees paid and disclosed by debtor:     $219.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Account Control Systems, Inc. | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| Alex and Rosa Borrego | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 1,252.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | NA | 4,445.44 | 4,445.44 | 0.00 | 0.00 |
| ALW Sourcing LLC | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| American Infosource | Unsecured | 511.00 | NA | NA | 0.00 | 0.00 |
| American Infosource | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| American Infosource | Unsecured | 1,188.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | 490.00 | 490.73 | 490.73 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE | Unsecured | NA | 1,502.71 | 1,502.71 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES LLC | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,457.00 | NA | NA | 0.00 | 0.00 |
| AT T | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 258.00 | 190.96 | 190.96 | 0.00 | 0.00 |
| Berwyn Police Department | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Budzik & Dynia | Unsecured | 897.00 | NA | NA | 0.00 | 0.00 |
| Cabrera & Associates, PC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Capital Management Services | Unsecured | 15,561.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 2,020.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BERWYN | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,000.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| City of Countryside | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Collection Bureau of America | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| Collection Bureau of America | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Collection Management Services | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 982.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 500.00 | 101.43 | 101.43 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Compucredit/Tribute | Unsecured | 896.00 | NA | NA | 0.00 | 0.00 |
| Constar Financial Services | Unsecured | 4,445.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER CELLULAR | Unsecured | 97.00 | 104.40 | 104.40 | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 322.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| Executive Collection Bureau | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Unsecured | 23,818.00 | 24,450.35 | 24,450.35 | 0.00 | 0.00 |
| Goble & Axelrod | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| GREATER SUBURBAN ACCEPTANCE | Unsecured | 2,690.00 | NA | NA | 0.00 | 0.00 |
| H.E. Stark Agency, Inc. | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| J.R.S.-I, Inc. | Unsecured | 1,115.00 | NA | NA | 0.00 | 0.00 |
| James M. Fieldhouse, DDS | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| JBC & Associates | Unsecured | 1,554.00 | NA | NA | 0.00 | 0.00 |
| JBC & Associates | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| JC Christensen and Assoc, Inc | Unsecured | 14,675.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 896.00 | 896.50 | 896.50 | 0.00 | 0.00 |
| KCA Financial Services | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| La Quinta Innc, Inc | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| LHR INC | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 825.00 | 825.17 | 825.17 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 467.00 | 467.98 | 467.98 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 275.00 | 275.74 | 275.74 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 9,986.00 | 9,985.51 | 9,985.51 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 560.00 | 477.29 | 477.29 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 553.00 | 470.93 | 470.93 | 0.00 | 0.00 |
| M3 FINANCIAL SVCS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| MacNeal Hospital | Unsecured | 3,271.00 | NA | NA | 0.00 | 0.00 |
| Malcolm S. Gerald and Assoc. | Unsecured | 1,365.00 | NA | NA | 0.00 | 0.00 |
| Marshall Fields | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| MCI Worldcom | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 2,045.00 | NA | NA | 0.00 | 0.00 |
| Oral and Maxillofacial Surgery | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTION LLC | Unsecured | 913.00 | NA | NA | 0.00 | 0.00 |
| Pentagroup Financial LLC | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| Perimeter Credit | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| Pillars | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Powers & Moon, LLC | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 362.00 | NA | NA | 0.00 | 0.00 |
| Premium Credit Corporation | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| Professional Adjustment Corp | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| Professional Credit Services | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 6,125.00 | 13,987.19 | 6,125.00 | 2,969.77 | 535.05 |
| REGIONAL ACCEPTANCE CORP | Unsecured | 8,439.00 | 0.00 | 7,862.19 | 0.00 | 0.00 |
| Risk Management Alternatives | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| RJM PATHOLOGY CONSULTANTS | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 356.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 361.00 | 717.04 | 717.04 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,416.00 | 1,756.20 | 1,756.20 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,416.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Services, Inc. | Unsecured | 922.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Suran and Suran | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| TeleCheck Recovery Services | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 1,189.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 94.48 | 94.48 | 0.00 | 0.00 |
| Total Card, Inc. | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| Tristate Financial | Unsecured | 535.00 | NA | NA | 0.00 | 0.00 |
| Velocity Investments, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,172.00 | 1,149.66 | 1,149.66 | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Village of Bridgeview | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Hillside | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF JUSTICE | Unsecured | 100.00 | 270.00 | 270.00 | 0.00 | 0.00 |
| Village of Lagrange | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Rosemont | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROSEMONT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF STICKNEY | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Village of Stone Park | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| West Asset Management | Unsecured | 640.00 | NA | NA | 0.00 | 0.00 |
| WEXLER & WEXLER | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,125.00 | $2,969.77 | $535.05 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,125.00** | **$2,969.77** | **$535.05** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$57,134.71** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,157.18 |
| Disbursements to Creditors | $3,504.82 |
| **TOTAL DISBURSEMENTS** : | **$5,662.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/06/2016                    By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**